AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Mikhail Slye<br><br>*Defendant* | ))))))) | Case: 1:22–mj–00214<br>Assigned To : Judge Upadhyaya, Moxila A.<br>Assign. Date : 9/29/2022<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Mikhail Slye_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3)- Civil Disorder,
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __09/29/2022__

Digitally signed by Moxila A. Upadhyaya
Date: 2022.09.29 17:27:52 -04'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__   __Moxila A. Upadhyaya, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on *(date)* __9/29/22__, and the person was arrested on *(date)* __9/30/22__
at *(city and state)* __Meadville, PA__.

Date: __9/30/22__

*Arresting officer's signature*

__MICHAEL SHAFFER__
*Printed name and title*