IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:22-cr-334-JEB |
| MIKHAIL SLYE, | |
| Defendant. | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Elizabeth L. Van Pelt as an attorney for Mr. Slye.

        Thank you,

        MIKHAIL SLYE
        By Counsel

By:

/s/ [signature]
Elizabeth L. Van Pelt
*Virginia Bar No. 82750*
*Delaware Bar No. 6117*
*District of Columbia Bar No. 1615865*
libbey@libbeyvanpeltlaw.com
LIBBEY VAN PELT LAW, PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
(571) 356-9066

## **CERTIFICATE OF SERVICE**

      I certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends a notification of filing (NEF) to all counsel of record.

                                                              /s/ *[signature]*
                                                         Elizabeth L. Van Pelt