NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number **1:22-CR-00334**

**MIKHAIL SLYE**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael T. van der Veen / 75616
(Attorney & Bar ID Number)

van der Veen, Hartshorn & Levin
(Firm Name)

1219 Spruce Street
(Street Address)

Philadelphia    PA    19107
(City)    (State)    (Zip)

215-546-1000
(Telephone Number)