IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 22-CR-334 (JEB) |
| v. | : | |
| MIKHAIL SLYE, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) |
| Defendant. | : | (Assaulting, Resisting, or Impeding Certain Officers) |

**S U P E R S E D I N G**
**I N F O R M A T I O N**

The United States Attorney charges:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **MIKHAIL SLYE** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, D.T., an officer from the United States Capitol Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Andrew J. Tessman
ANDREW J. TESSMAN
Assistant United States Attorney
District of Columbia – Detailee
W.V. Bar No. 13734

                                      601 D Street, NW  
                                      Washington, D.C. 20001  
                                      (304) 340-2334  
                                      Andrew.Tessman@usdoj.gov