UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:22-CR-334-JEB |
| | : | |
| v. | : | |
| | : | |
| **MIKHAIL SLYE,** | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE PLEA HEARING AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

COMES NOW the Defendant, Mikhail Slye, by and through counsel, Michael T. van der Veen, and The United States of America, through counsel, respectfully moves this Court to continue the plea hearing currently scheduled for December 2, 2022 for approximately 30 days until on or about January 1, 2022, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from December 2, 2022 until the date of the next plea hearing in this case. In support whereof, the defense states as follows:

1. On September 29, 2022, the defendant was charged by criminal complaint on charges of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1); Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4); Disorderly Conduct in a Capitol Building 40 U.S.C. § 5104(e)(2)(F); Acts of Physical Violence in the Capitol

Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F); and Parading, Demonstrating, or Picketing in a Capitol Building 40 U.S.C. § 5104(e)(2)(G).

2. On October 7, 2022, Defendant was indicted on the same charges detailed above.

3. On October 20, 2022, Defendant made his initial appearance in the United States District Court for the District of Columbia.

4. On November 9, 2022, the Government filed a Superseding Information charging Defendant with Assaulting, Resisting, or Impeding Certain Officers, in violation of 18. U.S.C. § 111(a)(1).

5. Defendant currently has a Plea Hearing scheduled on December 2, 2022 at 2:00 P.M. before the Honorable James E. Boasberg.

6. Defense counsel is unavailable on that date and time.

7. Given Defendant's approaching trial date, the parties respectfully request that Defendant's January 3, 2023 Trial date be vacated and instead be listed as a Plea Hearing.

8. Defense counsel is also available any day the week of January 2, 2023.

9. The parties respectfully request a continuance of approximately 30 days, until on or about January 1, 2023, to exclude time under the Speedy Trial Act in the interests of justice from December 2, 2022 until the date of the plea hearing in this case, to be determined by the Court. This additional period is necessary to allow Defense counsel to be present at Defendant's Plea Hearing. Therefore, the parties respectfully submit that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

10. Defense counsel has conferred with the government regarding this motion. The government does not oppose the motion to continue the plea hearing.

WHEREFORE, the parties respectfully move that the plea hearing in this case currently scheduled for December 2, 2022 be continued for approximately 30 days until on or about January 1, 2023, and that the time from December 2, 2022 until the date of the next plea hearing in this case be excluded from computation under the Speedy Trial Act.

Respectfully Submitted,

Date: December 1, 2022

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, Hartshorn, and Levin
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
mtv@mtvlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2022 a copy of the foregoing *Unopposed Motion to Modify Conditions of Release* was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:                          Andrew J. Tessman
                                                     300 Virginia Street East Suite 4000
                                                     Charleston, WV 25301
                                                     (304) 340-2234
                                                     andrew.tessman@usdoj.gov

                                                     /s/ Michael T. van der Veen
                                                     Michael T. van der Veen, Esq.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:22-CR-334-JEB |
| | : | |
| **v.** | : | |
| | : | |
| **MIKHAIL SLYE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the Joint Motion to Continue Plea Hearing and To Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled plea hearing on December 2, 2022, be continued for good cause to January 1, 2023 at ____a.m./p.m.; and it is further

**ORDERED** that the time between December 2, 2022 and January 1, 2023 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will allow defense counsel to be present at Defendant's Plea Hearing.

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE