# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:22-CR-334-JEB |
| | : | |
| **v.** | : | |
| | : | |
| **MIKHAIL SLYE,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING DATE

COMES NOW the Defendant, Mikhail Slye, by and through counsel, Michael T. van der Veen, through counsel, respectfully moves this Court to continue the sentencing hearing currently scheduled for April 4, 20232 for approximately 60 days until on or about June 15, 2023. In support whereof, the defense states as follows:

1. On September 29, 2022, the defendant was charged by criminal complaint on charges of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1); Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4); Disorderly Conduct in a Capitol Building 40 U.S.C. § 5104(e)(2)(F); Acts of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F); and Parading, Demonstrating, or Picketing in a Capitol Building 40 U.S.C. § 5104(e)(2)(G).

2. On November 9, 2022, the Government filed a Superseding Information charging Defendant with Assaulting, Resisting, or Impeding Certain Officers, in violation of 18. U.S.C. § 111(a)(1).

3. On January 3, 2023, Defendant plead guilty to one (1) count of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18. U.S.C. § 111(a)(1) before the Honorable James E. Boasberg.

4. Defendant currently has a sentencing hearing scheduled for April 4, 2023.

5. Defense counsel is in the process of collecting mitigation materials in preparation of Defendant's sentencing hearing.

6. Defendant respectfully requests that Defendant's April 4, 2023 sentencing date be continued to allow Defense counsel to adequately prepare for Defendant's Sentencing Hearing.

7. Defense counsel has conferred with the government regarding this motion. The government does not oppose the motion to continue the sentencing hearing.

WHEREFORE, Defendant respectfully move that the sentencing hearing in this case currently scheduled for April 4, 2023 be continued for approximately 60 days until on or about June 15, 2023.

Respectfully Submitted,

Date: March 20, 2023

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, Hartshorn, and Levin
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
mtv@mtvlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March, 2023 a copy of the foregoing *Unopposed Motion to Modify Conditions of Release* was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:  Andrew J. Tessman
300 Virginia Street East Suite 4000
Charleston, WV 25301
(304) 340-2234
andrew.tessman@usdoj.gov

/s/ Michael T. van der Veen
Michael T. van der Veen, Esq.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:22-CR-334-JEB |
| | : | |
| **v.** | : | |
| | : | |
| **MIKHAIL SLYE,** | : | |
| | : | |
| **Defendant.** | : | |

# **ORDER**

Based upon the representations in the Unopposed Motion to Continue Sentencing Hearing Date, and upon consideration of the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled sentencing hearing on April 4, 2023, be continued for good cause to June 15, 2023 at _____ a.m./p.m.

_____

THE HONORABLE JAMES E. BOASBERG

UNITED STATES DISTRICT JUDGE