## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:22-CR-334-JEB** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MIKHAIL SLYE,** | : | |
| | : | |
| **Defendant.** | : | |

### DEFENDANT'S MIKHAIL SLYE SENTENCING MEMORANDUM

COMES NOW the Defendant, Mikhail Slye, by and through counsel, Michael T. van der Veen, hereby submits this Sentencing Memorandum for this Honorable Court's consideration prior to and during the sentencing of Defendant and in support thereof avers as follows:

1. On or about January 3, 2023, Defendant, Mikhail Slye, plead guilty to one (1) count of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18. U.S.C. § 111(a)(1) before the Honorable James E. Boasberg.

2. Sentencing in this matter is currently scheduled for June 15, 2023 at 11:00 A.M.

3. When determining the appropriate sentence this Court is not required to impose the recommended guideline range; rather, this Court must impose "a sentence sufficient, but not greater than necessary" to comply with 18 U.S.C. § 3553. The recommended guideline range is only one of the factors that a Court should consider when imposing a sentence. *Gall v. United States*, 552 U.S. 38, 59 (2007). *See also Kimborough v. United States*, 552 U.S. 85, 90-91 (2007); *United States v. Booker*, 543 U.S. 220, 245 (2005). The United States Supreme Court further instructed the district courts to "impose a sentence sufficient, but not greater than necessary" to

accomplish the goals of sentencing" and to consider the factors laid out in 18 U.S.C. § 3553. *Kimborough*, 552 U.S. at 101 (citing 18 U.S.C. § 3553(a)).

4.    Although all federal crimes are serious, "the punishment should fit the offender and not merely the crime." *Pepper v. United States*, 131 S. Ct. 1229, 1240 (2011).

## I. SENTENCING GUIDELINES

5. The advisory sentencing guidelines as follows:

| | |
|---|---|
| Base; U.S.S.G. §2A2.2(a): | 14 |
| Dangerous Weapon; U.S.S.G. §2A2.2(b)(2)(B): | + 4 |
| Bodily Injury; U.S.S.G. §2A2.2(b)(3): | + 3 |
| Official Victim; U.S.S.G. §3A1.2: | + 6 |
| Acceptance of responsibility; §3E1.1(a): | - 2 |
| Acceptance of responsibility-timely notification; §3E1.1(b): | - 1 |
| TOTAL OFFENSE LEVEL: | 24 |

6. Mr. Slye is in Criminal History Category I. The guideline for an offense level 24 with a Criminal History Category I is an advisory sentencing range of 51–63 months imprisonment.

## II. SENTENCING GUIDELINES

7.  When determining the appropriate sentence of Mr. Slye, this Honorable Court must consider the factors in 18 U.S.C. § 3553(a), including:

1)    the nature and circumstances of the offense and the history and characteristics of Mr. Slye;

2)    the need for the sentence to reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, afford adequate deterrence to criminal conduct, protect the public from further crimes of the defendant and to provide the defendant with the needed educational or vocational training, medical care or other correctional treatment in the most effective manner;

3)    the kinds of sentences available;

4)      the need to provide restitution to any victims of the offense;

5)      the pertinent policy statements issued by the Sentencing Commission;

6)      the need to avoid unwarranted sentencing disparities; and

7)       the sentencing ranges promulgated by the Sentencing Commission and Guidelines.

18 U.S.C. § 3553(a)(1)(2)(3)(4)(5)(6)(7); *Booker*, 543 U.S. at 245.

## A. Mr. Slye's History and Characteristics

8. Mr. Slye is a thirty-three (33) year old man.

9. Mr. Slye has a long-time partner, Christina Slye, who is also thirty-three (33) years old.

10. Mr. Slye is father to three (3) children: (1) Caden Slye, 13; (2) Bryson Slye, 9; and (3) Wyatt Slyee, 3.

10. Mr. Slye's biological mother, Jennifer Smith, is alive and in good health and owns a semi-conductor refurbishment business. Mr. Slye's biological father, Darrell Ainsworth, is alive and is a retired military nurse. Mr. Slye and his biological father have no contact. Mr. Slye's stepfather, Rolf Slye, passed away in 2022 as a result of complications from kidney surgery. Mr. Slye's additional stepfather, Stephen Smith, lives with his mother in Liberty Hill, Texas, and the two maintain a good relationship.

11. Mr. Slye has six (6) siblings: (1) Caleb Slye, 31, Mr. Slye's maternal half-brother; (2) Courtney Smith, 23, Mr. Slye's maternal half-sister; (3) Daniela Smith, 19, Mr. Slye's adopted sister; and (4) Sonya Smith, 19, Mr. Slye's adopted sister; (5) Travis Smith, 19, Mr. Smith's stepbrother, all of whom are alive, healthy and maintain a good relationship with Mr. Slye; and (6) Mr. Slye has an additional stepbrother, Austyn Smith, 32, who Mr. Slye does not have contact with.

12. Additional information pertaining to Mr. Slye's upbringing is provided in the Mitigation Supplement, attached hereto as "**Exhibit A**."

13. Mr. Slye has taken responsibility for his actions, pled guilty to the Superseding Indictment, and cooperated with the Government to the best of his abilities in all manners requested.

**B. Nature of the Offense**

14. The crime to which Mr. Slye has pled guilty is a serious offense and he has taken full responsibility for it. Mr. Slye pled guilty to assaulting, resisting, or impeding certain officers or employees in violation of 18 U.S.C. § 111(a).

15. By way of background, Mr. Slye knowingly and intentionally tripped United States Capitol Police Officer D.T. with a bike rack, while D.T. was engaged in the performance of his official duties.

**C. Need for the Sentence to Reflect the Seriousness of the Offense, Promote Respect for the Law, Provide Just Punishment for the Offense, Afford Adequate Deterrence to Criminal Conduct, Protect the Public from Further Crimes of the Defendant and to Provide the Defendant with the Needed Educational or Vocational Training, Medical Care in the Most Effective Manner.**

16. The sentence imposed must reflect the seriousness of the crimes committed. Given the severity of even the minimum sentence in this matter, the Court can be assured that goal will be accomplished.

17. Mr. Slye understands the severity of the crime to which he pled guilty. He has extensively self-examined his actions and gone over the acts and both their seen and unforeseen consequences.

18. Mr. Slye has pled guilty, knowing the severe consequences his plea could have during sentencing. Despite the grave consequences permitted under the law, Mr. Slye owned up to his

4

wrongdoing, cooperated with the Government during its investigation, and pled guilty in a timely manner. He looks to the mercy of this Honorable Court to provide a just sentence given the facts described above.

19. Mr. Slye has accepted responsibility and now will face sentencing in federal court assuring he will be given plenty of time to reflect on his wrong choices. The consequences he has brought upon him are severe, punishing, and should stand to be an ultimate deterrent for any future offenses.

20. Finally, Mr. Slye is not a danger to the community at large. Mr. Slye has many loved ones who have been and are currently supporting him through this ordeal and will continue to do so throughout his sentence and thereafter. This plea will potentially take Mr. Slye away from his family, including his parents, his siblings, his partner, and children, all of whom absolutely have an effect on his day-to-day life. This Honorable Court should recognize this fact as well as those set forth in "Exhibit A," such as: (1) Mr. Slye's difficult upbringing; (2) Mr. Slye's learning disabilities; and (3) Mr. Slye's significant medical history and neurological issues, namely his epilepsy, as documented in "Exhibit B". These facts justify a departure from the standard range, and without diminishing the gravity of the offense of Assaulting, Resisting, or Impeding Certain Officers, requires no more than home confinement and a period of supervised release to impart the lesson the penal system has sought to reach.

21. Furthermore, this Honorable Court should find that Mr. Slye's devotion to his livelihood and family, as demonstrated in the photographs attached hereto as "Exhibit C," coupled with the character letters provided by friends, family and loved ones, attached hereto as "Exhibit D", justify departure from this standard.

**D. The Kinds of Sentences of Available**

22. This Court has complete discretion in determining the appropriate sentence. In the plea, the Government has included facts and circumstances lowering the guidelines in this case i.e. USSG § 3E1.1(a) and (b), including acceptance of responsibility and acceptance of responsibility with a timely notification of intent to plead guilty.

**E. The Need to Provide Restitution to Any Victims of the Offense**

23. Mr. Slye acknowledges the specific victim in this case, as well as the countless victims who were affected on January 6, 2021. Mr. Slye is incredibly apologetic and remorseful for the consequences of his own actions. While Mr. Slye understands there is no monetary amount that can ever make Officer D.T. whole, Mr. Slye acknowledges there is a monetary amount that can assist in rebuilding the Capitol.

24. Mr. Slye is aware of the necessary restitution that he is required to pay as set forth in the Presentence Report. Accordingly, Mr. Slye requests that this Honorable Court sentence him to pay the restitution amount of $2,000, as set forth is the Plea Agreement.

## II. CONCLUSION

Considering the foregoing factors, Mr. Slye respectfully requests this Honorable Court to vary from the applicable guideline range and sentence Mr. Slye to a period of home confinement, followed by supervised release for any period of time that this Court deems appropriate.

Respectfully Submitted,

Date: June 8, 2023

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, Hartshorn, and Levin
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
mtv@mtvlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June, 2023 a copy of the foregoing *Unopposed Motion to Modify Conditions of Release* was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:

Andrew J. Tessman
300 Virginia Street East Suite 4000
Charleston, WV 25301
(304) 340-2234
andrew.tessman@usdoj.gov

/s/ Michael T. van der Veen
Michael T. van der Veen, Esq.

8

# EXHIBIT C

Etiana-Michele Guzman
2601 N. Austin Ave. Apt. 4106
Georgetown, TX 78626

January 29, 2023

RE: Mr. Mikhail Slye

Honorable James E. Boasberg,

My name is Etiana-Michele Guzman and I am the Production Manager and Graphic Designer at Two Brand It, a business located in Liberty Hill, Texas. I am writing this letter on behalf of my friend, Mikhail Slye.

I have known Mikhail and his family for about two years now and I am forever thankful our paths have crossed. Over the past couple years, I have been able to see Mikhail in many roles such as friend, brother, son, husband and father. It is in all of these roles that Mikhail has shown an unwavering dedication to those he loves. Mikhail has been steadfast in his pursuit for safety, security, provision, and care for his family. He is ready at a moment's notice to show up and take action on behalf of his people. I am thankful that Mikhail's gift for serving others aren't just limited to his family, but to those that surround them as well.

From the moment I met Mikhail, he was quick to welcome me in. Without any hesitation, Mikhail's kindness, strength, and empathy were offered to me without any expectation. The only requirement for him has been to show up, and once you do, you know you are surrounded by someone who will always be there for you. Mikhail is someone who is reliable and dedicated to anyone who crosses his path and I am fortunate to be one of them.

Although Mikhail's actions have caused distress, I know deeply that this was never his intention. Mikhail is many things, passionate being one of them, but he is also able to expiate his choices. Please understand, during your jurisdiction, that Mikhail is not just the choice he made that day, but he is the sum of his roles and what he brings to the table as a father, provider, friend, and caregiver.

Thank you so much for your time and consideration.

Etiana-Michele Guzman
512-796-4286
etiana.guzman@gmail.com

Ana Paula De Castro Duarte
281 Ranch Road 1869
Liberty Hill, Texas, 78642

January 25, 2023

RE: Mr. Mikhail Slye

To The Honorable James E. Boasberg,

My name is Ana Paula Duarte, and I'm a professional counseling master's student at St. Edwards University, located in Austin, TX. I'm writing this letter on behalf of my brother Mikhail Slye. I came to meet Mikhail on August 16, 2014, the day I arrived in The United States as an exchange student. Immediately, Mikhail welcomed me with an open heart by making me feel like a part of the family. Even though I was a shy 15-year-old who barely knew English at the time, he made numerous efforts to build a sibling-like relationship with me. In fact, one of my most memorable recollections was him taking me to school the week I arrived to help me get situated so that I would not feel lost on my first day of classes.

Since then, my relationship with Mikhail has grown stronger. Regardless of him not being my biological brother, I care for and love him as if he was. Mikhail is someone that I admire deeply for his empathy, strength, honesty, kindness, and especially for the love and dedication he shows towards his children. In the past eight years I have known him, he has not been anything but a fantastic dad to my nephews; he has always been there for them physically and emotionally.

I comprehend that Mikhail's action during the breach of the Capitol has caused harm, but as someone who knows him personally, I'm sure he never had the intention of causing the distress he did. I further understand he recognizes his mistake. Thus, I hope you take into consideration that he is a life-long learner who is willing to acknowledge his errors and better himself as a person and citizen. Therefore, as you made your jurisdiction, I appeal that you consider him a loving brother, father, son, and husband.

Sincerely,

Ana Duarte
737-900-3337
adecastr@stedwards.edu

January 31st, 2023

Re: Mikhail Slye

Honorable James E. Boasberg,

My name is Bonnie Thiemens and I am a Pastor and I am self employed. I have 6 children, which are adults now, that grew up with Mihail and his siblings. I have known Mr. Mikhail Slye all of his life. He is my nephew.

Mikhail is an amazing father to his three boys and a wonderful husband to his wife. He is a hard worker who runs his own farm. Mikhail has a wonderful caring and gentle personality, who is easy to get along with and everyone enjoys being around him. He is always willing to help those in need. Mikhail has a positive influence on those around him. He is a young man that I have had the privilege to watch grow up to the adult that he is today. I am very proud and honored to call him my nephew.

Sincerely,

Bonnie Thiemens
bonniethiemens@gmail.com
480 Fort Hill Rd.
Gorham, Me 04038

Daniela Smith
2017 Meadow View Dr.
San Marcos Texas 78666

January 31, 2023

RE: Mr. Mikhail Slye

To The Honorable James E. Boasberg.

My name is Daniela Smith I am a 19-year-old female. I am currently enrolled in Augusta
Escoffier Culinary School , in Austin Texas. I am one of Mikhail Slye's sisters. Mikhail  is loving,
caring, kind and an amazing brother, son, husband, and father.

 Mikhail and I would always have fun together no matter what we were doing. A few years ago
we were helping another brother clear the trees in his 10 acres property in the middle of July.
July in Texas is hot. Even though it was not his house, Mikhail not only helped but got his wife
and kids to help also.. Our dad always says many hands make light work and Mikhail is always
there with a helping hand.

 Two years ago when Mikhail and his family were selling their house and moving to a farm there
was an Ice storm in Texas. Mikhail was in the middle of packing up his house to move but
stopped to help our parents and the neighbors with all the trees that broke and fell down. There
were so many broken trees, not only on our parents property but the neighbors. Mikhail spent
days in the freezing cold moving things that were broken from the storm and fixing busted pipes.
Mikhail is a very thoughtful person all the time.

I am so happy to be a part of this family and to have Mikhail as my older brother.
Thank you for letting me tell you about my big brother.

Daniela Smith
512-626-0170

To Honorable James E. Boasberg,

My name is Callie Turner. I have known Mikhail Slye for 15 years. His wife and I became best friends in high school.

I can say without a doubt that Mr. Slye is a person of very good moral character. He has shown great remorse over this situation, which was an unusual act of character for him. It has not only affected him, but his whole family. Mikhail is all about history. It was not Mr. Slye's intentions to go up there to commit any crimes.

I know Mr. Slye as a great husband, but most importantly, a great father. He is always teaching his three children things that they need to know to succeed in life. He recently moved across the country to open up a family farm and has done a great job in doing so. He spends time teaching his boys how to care for their animals among other chores on their farm. When I visited Pennsylvania a few months ago, he taught my children how to sled.  He is definitely a family man, and it's evident he spends a good deal of time with his family. His youngest child cries when his daddy walks out of the room.

I am genuinely concerned about the future of Mr. Slye and the effect it will have on him and his three boys. I hope that you will give him an opportunity for a second chance while you make a fair decision.

Sincerely,
Callie Turner

January 24, 2023

Patricia Fryer
704 Pecan Pass
Cedar Park, TX  78613

Honorable James E Boasberg,

My name is Patricia Fryer and I am writing on behalf of Mikhail Slye, who is my niece's husband.  I am retired and living in Cedar Park, TX, just outside of Austin.  I met Mikhail when he was around 23 while he was dating my niece, Christina.

Mikhail has always been kind and respectful to me in all the years I have known him.  He loves God, his country and his family with all his heart.  I have watched him mature and become more responsible through the years, working hard and providing for his family.  I know that he has been charged with some violations of the law in Washington, DC, but, I personally have never known him to be violent or have a provocative nature.  He has always been mild-mannered and soft spoken around me and our family.  I do not doubt that he has learned valuable life lessons from his unfortunate experience in Washington, DC, and that he will strive more than ever to be a responsible patriot, husband and father

Honorable Boasberg, I pray the courts will have mercy and extend grace to Mikhail.

Thank you,
Patricia Fryer

Courtney Smith
4000 Fairfax Dr. Apt 1605
Arlington VA 22203
cls77267@marymount.edu
(512)-568-5128
Dear Honorable James E. Boasberg,

My name is Courtney Smith, and I am 23 years old. I am currently getting my masters for Forensic and Legal Psychology at Marymount University in Arlington Virginia. I am Mikhail Slye's baby sister and godmother to his three sweet and beautiful boys. As such I have known Mikhail my entire life.

Mikhail was 9 years old when I was born, and I immediately gained a protector. When I was 3 years old, he was 12, teaching me how to swim. When I was 5, all I wanted was for my big brother to read me a bedtime story, and at 14, he never let me down. At the age of 7 I was trying to learn how to ride a bike, and Mikhail was 16, helping me overcome my fears. I decided I wanted to show a pig at the age of 9; however, when I quickly learned that it wasn't something I enjoyed, he was 18 and teaching me it's okay to have differences from those we love. I became an aunt at the age of 11 when Mikhail became a dad at 20, and he patiently showed me how to hold his baby boy. When I was 13, I did every extracurricular you could imagine, but he was 22 and was always there to cheer me on. I was 15, and Mik was 24 helping me fundraise so I could go to Australia for cross country. I graduated high school at 18, and he was 27, telling me how proud he was. When I was 20, Mikhail was 29 deciding to move his family to Pennsylvania and telling me that no matter if we lived down the road or across the country, he was always my big brother. At 22, Mikhail was 31, and I got to tell him that I got into my dream master's program and soon would only be five hours away from him. Now I'm 23, and he's 33, and he's still, as he's always been, the best big brother.

Courtney Smith
4000 Fairfax Dr. Apt 1605
Arlington VA 22203
cls77267@marymount.edu
(512)-568-5128

     Growing up, I had the opportunity to watch Mikhail go through life and grow into the fantastic dad, husband, son, and brother he is today. Thank you for taking the time to listen to my life story with Mikhail Slye.


Thank you,

Courtney Smith

January 31, 2023

Re: Mikhail Slye:

The Honorable James E. Boasberg

My name is Paul Thiemens. I am a Pastor. I am also Mikhail's uncle. I have known Mikhail all of his life. It was a privilege to watch him grow into a kind, polite, and thoughtful young man. My wife and I married him to his wife Christina and fully blessed his marriage and family. I have watched him perform admirably as the oldest sibling in his family. I have seen him encourage his brothers, de-escalate the tense situation, and negotiate a peaceful resolution. Mikhail is loving and even nurturing. He is a good caregiver. He focuses on other people's needs. He is great with his children and is very gentle with them. He also knows how to take responsibility and learn from his mistakes. His many life experiences have been instrumental in helping him to improve himself, and discover what he is skilled at and wants to do with his life.

In Washington D.C., he put himself in a situation that was out of character for him. I'm not sure of the thought process going on that led him to be there on that day and to act as he did. Nonetheless, I was surprised because it didn't reflect the person we know he can be. I'm confident that his behavior at this one-time event will not be repeated. I urge you to allow him the opportunity to remain active as the father of his family, the oldest sibling in his extended family, and the oldest cousin.

Sincerely yours,


Pastor Paul Thiemens


PASTOR PAUL THIEMENS 480 FORT HILL ROAD, GORHAM MAINE, 04038

**Megan Weber**

129 Presidential Path
Liberty Hill, TX 78642
(512) 914-7578
jwmwwed@gmail.com

31st January 2023

**Honorable James E. Boasberg**

Dear Honorable James E. Boasberg,

My name is Megan Weber, and I have been a close family friend to the Smith's/Slye's since I was 5 years old. I went to school with Mikhail's younger sister Courtney from Kindergarten all the way through graduating at Texas State University in 2021. I now work in retail as a Sales Manager. Through growing up with Courntey I have had the pleasure of watching Mikhail develop as well.

I truly got to see who Mikhail was through watching him raise his now three boys. My favorite memories of Mikhail and his family were pool days at either his parents house or my Nannie and Papa's. Those hot summer Texas days allowed everyone involved to take a pause from whatever was going on in their life and concentrate on spending quality time with the people that meant the most to them. I think through everything Mikhail has gone through he is now  the man that everyone saw on those days 24/7. This can be seen by looking at the amazing relationship he has built with his wife, Christina. Or through understanding the courage it took him to pack up and move across the country to Pennsylvania and start a whole new career solely based on the fact that he knew that's what was best for his family. Through this move they have faced many roadblocks but through these challenges Mikhail has stayed positive and learned along the way.

I have always seen Mikhail as a very passionate person that runs with whatever he sets his mind to. This is shown by the drastic measures he took to be in this current situation. Although I don't fully understand it from his perspective and don't know exactly what drove him to do the actions he is being charged for. I know that at Mikhail's core he is a kind, thoughtful individual that would never intentionally cause harm.

I grew up with 2 brothers and witnessed in both cases a period of time that they went through that really defined their character in the end. I believe that everyone has a turning point in their life where they get to decide whether they are going to learn from their mistakes or be defined by their faults. I trust

that this is Mikhail's defining point and that he has truly learned from his faults. When given the opportunity Mikhail rises to the occasion and beats the odds. I will conclude this by saying that yes Mikhail is a passion driven individual but that he now has a better perception of what he is genuinely  passionate about, his family and their well being.

Sincerely,

**Megan Weber**

Dear Honorable James E. Boasberg,

My name is Amber Squires and I have lived in Texas my entire life. After graduating college, I started working in the mortgage industry and have been in this career field for 12+ years. I currently work at Security National Mortgage Company dba MyMorgo as a Loan Officer Assistant. I love spending time with my family and at my church serving in the youth ministry.

I have known Mikhail about 11 or 12 years. He married my cousin, Christina Slye, in 2013. Mikhail has always been thoughtful and kind towards me and to others. He has always taken great care of his kids and his wife, which is admirable. Mikhail has always provided for his family and maintained good jobs over the years. He is reliable and a hard worker. I have never seen him act in any way that was rude, disrespectful or harmful.

While I understand Mikhail is being charged with a violation of the law, I do believe his character is good, trustworthy, honest, and respectable. I believe in fair and just treatment in the courtroom and I trust the truth will prevail in his case.

Sincerely,

Amber Squires

9737 Great Hills Trail Ste 200 & 220, Austin TX 78759

1/31/2023

Travis Smith
322 Latonia Ave
Meadville, PA 16335
January 31,2023

Honorable James E. Boasberg
District judge
U. S. District Court
333 Constitution Ave
N. W. Washington D.C. 20001

Dear Honorable James E. Boasberg

My name is Travis Smith. I am a 32-year-old male. I work in HVAC and plumbing in Meadville
Pennsylvania.  Mikhail Slye is my brother. Our parents got married when we were 4 years old.  So, I
have known him almost 30 years.

Growing up Mikhail and I were close basically the same age going to the same grade each year
since we were kids. I remember switching schools and moving into the house Mikhail and I shared
with our parents. Moving school was a big changed but since I had my brother in the same grade it
was much easier. We hung out with just about same group of friends throughout school. It would
have been a lot harder adjusting to a new atmosphere but having him there helped. Since then, we
have always remained on close and do many things together. We are about as close to best friends
as you can get being originally being stepbrothers. If I have ever needed him, he would find a way
to help me out. I Talk about just about anything with him and I know if he needed me, I would be
there for him. I have always been able to count on him if I was going through something.  He is
always there to listen. Mikhail is a very honest person with a big heart who is always willing to be a
friend to everyone. Mikhail is a great friend, father, and husband.

Travis Smith

January 30th, 2023

Dear Honorable James E. Boasberg

My name is Stephen E. Smith, and I am a small business owner, veteran, father of 7, and step-father to Mikhail E. Slye.  I have raised Mikhail, along with my wife of 27 years, Jennifer, since he was 4 years old.

Mikhail had a rather rough time as a school aged boy, because he has ADD, ADHD, Dyslexia and Dysgraphia.  Learning for him was difficult, slow-going, and always frustrating.  He was very bright and inquisitive, but could not demonstrate that to his teachers effectively until his diagnosis was revealed.  As a way of coping, he developed a very good memory, incredible listening skills, and a passion for learning.  When he received his first iPhone, it was like an entire world was open to him.  He could now have text dictated to him, and he had an enormous amount of web sites to explore.  He was extremely curious about history, political events, and current events. As he grew older into his teens, he did much better in school and entered into the FFA, where he learned to raise and show pigs, and livestock.  I am sure that opportunity laid the groundwork for his profession now: Farmer.

Mikhail currently is the father of three wonderful boys who follow him around all day during the summer months doing chores, which include feeding, grooming, and health checks of his animals.  He is always patient with them and spends as much time as he can teaching them the skills, they will need should they choose to follow in their fathers' footsteps.  He makes me incredibly proud that he found his passion in life, and is able to make a living for his family from it.  In rural Pennsylvania, near in area I myself grew up, is where he chose to farm.  My Aunts, who are all in their late stages of life, count on him to help them with all kinds of chores and fixer-upper items, which he does immediately.  Having this need is what has provided him with purpose and an even greater determination to help others.  He is always so selfless with his time, even when it means his day will be much longer.

As a father, I know the amount of hard work it takes to raise a family, and I could not be prouder of the work he puts into his marriage and his family.  This is the Mikhail I know and love and wanted you to know as well.  I would humbly ask when determining how you will affect his life going forward that you consider his actions based on the 33 years of hard work he has put into his, and his family's life.  I believe with all my heart that the peer pressure, crowd mentality, and loss of self-control contributed to the decisions he made.  He is a much better person than what he represented by his actions, and is still a viable, useful, needed member of society.

Sincerely,

Stephen E. Smith

Jennifer L Smith
281 Ranch Road 1869
Liberty Hill TX 78642

Honorable James E. Boasberg
District Judge
U.S. District Court
N.W., Washington D.C 20001

Dear Honorable James E Boasberg:

My name is Jennifer Smith and I am a 53-year-old female.  I am a retail store small business owner. I am
Mikhail's mother and I have known Mikhail his whole life. Mikhail lived with me his whole childhood and
then about 10 minutes from me up until two years ago.  When the housing market was good Mikhail
was able to sell his house to buy a farm for his family to raise pigs in Meadville Pennsylvania where his
step father grew up.

Mikhail has always been a very caring, loving, honest, protective man.  Mikhail has always loved animals.
In high school, Mikhail would help out the younger kids in FFA with their animals at the school pig barn
and as an adult he goes to his Great Aunt's house now to help her with her pigs and other animals
because she is in her 80's. Mikhail has over 100 animals himself and has been working very hard at a
family farm. Which has giving him the ability to show his boys his love of animals and hard
work.  Mikhail biggest love and commitment is to his wife and Boys ages 13,9,3.

Mikhail has seizures and takes medication for these seizures but this does not keep him from having
them. They are not small seizures. Mikhail will experience convulsions, muscle jerking, stiffening, his jaw
locks up and needs to be put back in to place. He also has no idea at the time what is happening. In this
confusion he gets upset because during a seizure he cannot talk when his jaw is out of place and its
scares him because his mind does not know what is happening. Mikhail has fallen and hurt himself
during seizures.

I understand the depth of Mikhail's charges and being a part of January 6th . I know Mikhail is very
remorseful and regrets his actions on that day. Mikhail is and has always been a big history person. I
know he wanted to see with his own eyes apart of history.  I also know he would not have gone if he
thought this would have happed and he would never do something that would put his family in jeopardy
again.

Thank you for your time and for giving me the opportunity to express my thoughts, as you are
considering Mikhail's sentence.

Sincerely,

Jennifer L  Smith

Ms Belinda Beard
2510 Helton Ct
Colorado Springs, Co 80916
(719)684-5543
blackbeard2510@gmail.com

January 27, 2023

To The Honorable James E. Boasberg
District Court for The District of Columbia

RE: Sentencing of Mikhail E. Slye, Case No. 1:22-cr-334

Dear Judge,
I am writing this letter on behalf of Mr Mikhail Slye, 33 of Meadville Pennsylvania.  I have known Mikhail Slye for 33 years (to the date, today is his birthday), he is my Grandson. I have lived with Mikhail Slye in his parents home for several years . I have also lived in his home with Mikhail and his family for a time as well.

Mikhail Slye has always been a very kind-hearted and caring person, from a little boy to the man he is today. I have witnessed numerous occasions of Mikhail's kindness and generosity for others and his willingness to help anyone including an elderly stranger on the street. I have observed his support and loyalty he has for his family and siblings; his interactions with his brothers and his younger sisters as well as the exchange students that have come to be part of this family. But one of his greatest attribute is his commitment to his three boys: Caden, 13, Bryson, 9, and Wyatt, 3. He has maintained employment and provided his family with a home and transportation and has been committed to his family's welfare. And then, just a few years ago, he was able to move his family to Pennsylvania and start a pig farm. Mikhail Slye is not a 'Proud Boy' or associated to any of these groups that promoted the attack on our capitol, but he clearly participated in the mob mentality. He is taking responsibility for his actions, and I know Mikhail is remorseful and regrets the choices he made that day that led him to this point. I understand the severity and possibly consequences, and I hope you will take into consideration his history, his plead taking responsibility for his actions and his three boys when you are making your sentencing decision. I am confident that he will again become a productive member of society and have more to contribute with wiser choices once these matters are behind him.

Thank you for the opportunity to express  my thoughts, as you consider the appropriate sentence for Mikhail Slye. I am available to confirm the facts in this letter preferably by phone.


Sincerely,
Belinda Beard

Honorable James E. Boasberg

Sir:

My name is Timothy Schevers. I am a custom home builder in Austin,Texas. which is how I met Mikhail. I was contracted by Mikhail's

Parents in 2015 to build an addition to their property in Liberty Hill, Texas.

He was married to his current wife Christine, and was very much involved with the raising of his two sons. Sometime after the project was completed, Mikhail came to work for my company.

Initially as a laborer, but quickly learned to complete many demanding task. At the time, my son also worked for the company. He and Mikhail became a production team. Completing hardwood floor installation, installing new doors and doing trim work, and many other landscaping projects.

Mikhail was always on time and worked hard to be a part of our team.

He worked well with communicating when necessary, with our clients.

As a result he and my son were trusted by our clients to be alone in there homes.

Mikhail is ambitious and sensitive. We have stayed in contact with him and his family for many years , since 2015 and from time to time have worked together on other projects.

This young man has the character you would want to see in all people.

Mikhail was interested in politics, which we should hope all Americans would be. I was surprised to hear he was at the January 6th event.

I would hate to see him spend time away from his family and friends.

At the end of the day, he is a good person, who loves his wife, children, family, and loves his country.

Sincerely:

Tim Schevers

2605 Aspen Meadow Road

Leander, Texas 78641

512-203-8178

To Honorable James E. Boasberg,

My name is Annelise Tom, I have a Bachelors of Science in Leadership and
Organizational Studies. I am a Youth and Family Coordinator for the Standish
Recreation Department. I am writing on behalf of Mikhail Slye. I have known Mr. Slye
my entire life as he is my cousin, from childhood to adulthood. Something that has
always been constant is he is caring, thoughtful, kind and a fantastic listener. Mikhail
cares about the people around him, and anyone who comes in contact with him would
agree with my statement. Mikhail has a very strong relationship with his family, I saw
him be such a caring, thoughtful older brother to his little sister growing up and now
Mikhail is such a loving father to his three sons.

I know that Mikhail has been charged with an offense. I think this process has given him
time to think and consider his choices. However, if you decide to put Mikhail in jail I think
it will be a disservice to his family, his friends, and his whole community. I believe
Mikhail will be a positive member of society moving forward. I know in my life he has
been caring and positive. Someone who listens to others and considers them first.

Annelise Tom

Garrett Smith

1109 Snow Goose

Leander, Tx 78641


January 28, 2023


To The Honorable Judge James E. Boasberg,

My name is Garrett Smith and I am a United States Army Veteran, and now work as a semiconductor technician. I am writing on behalf of Mr. Mikhail Slye. In the last year I have gotten the privilege to get to know Mr Slye and his family very well. When I heard about what he was convicted of I was very shocked and surprised. He had always been very kind and generous to everyone I've seen him come in contact with. In that time he has only shown how great of a husband, father, and friend he is. There is no question on if he made poor choices on the day of January 6, because he did. But I also do not believe his kids and wife should be punished for the mistake that he made being caught up in the moment. I do believe he should be punished for his actions but please consider something that wouldn't end up causing generational trauma, because I am one of those many children across America who grew up watching my parent get arrested and leave them at a young age. Those types of memories will never fade. Thank you for your time.


Sincerely,

Garrett Smith

Jan 28, 2023

Your Honor,

My name is Peggy McKain, I am Mikhail's aunt. I have known Mikhail since he was about 5 years old when his mom started dating my brother. They lived in Texas, I have always been in PA, but I visited quite often.

   Mikhail has always been a very kind and respectful young man. He spent a week with my husband and I one summer and I like to think that helped him decide to move here later in life to start his farm. He has loved building his farm life here in PA.

   He is a good and very hands on father to his 3 boys. He works extremely hard to maintain his farm, they have many animals. They live a very quiet and good life here. The boys are doing really well in school.

   I have not asked many questions about Mikhail's actions on Jan 6th. He is not some radical that talks about politics when I spend time with him, he is a very private person and has never spoke about his beliefs to me before. I guess I just wanted to say he is not some extremist criticizing our government or causing any problems in our small community. I own a beauty salon and barber shop. Although these businesses are known as "gossip" places, I have never heard anyone speak about a local man being involved in the Jan 6th riots when the articles came out in our local newspapers.

   Mikhail has a quiet life here and is building a wonderful, productive farm at their home. I realize he needs to be punished for his actions on that day, but please know that one day does not define the young man that I know and love.

Thank you for your time,
      Peggy McKain
      9800 Williamson Rd
      Meadville, PA 16335

Christina Slye
23635 Sawmill Road
Meadville, PA 16335

January 26,2023

To: The Honorable Judge James E. Boasberg,

Your honor, my name is Christina Slye. I am Mikhail Slye's wife, and I work on our family farm
alongside Mikhail. We have known each other since high school and have three children together.

All my sons look up to their father with admiration and respect. It is a pleasure to witness the bond
between them, and I am thankful for the strong relationship they have. Mikhail is an incredibly
loving and devoted husband and father to our children and his presence in their lives is invaluable.
My husband and I recently made the decision to move across the country in order to start a farm
and provide our children with a more peaceful lifestyle. Mikhail and I felt that this was the best way
to ensure that the boys had a safe and secure environment to grow up in, in today's world. Every
day he shows them that hard work and dedication pay off in life. No matter the weather, he is
outside taking care of over 100 animals. I am thankful for his help as he is a vital part of the daily
routines with the farm and our main and only source of income. Without him, we would have to
contemplate selling our farm and relocating, as it would be too much work for me to handle alone
alongside raising three boys alone.

Mikhail made a decision that was not the right one in a moment of poor judgement. Please
understand that this is not how he typically behaves, and I am confident that he will not repeat this
mistake. Nonetheless, I believe that one moment in life should not be taken as an indicator of the
kind of person he is, and I'm hoping that you will see the same thing when making your decision.

Thank you for your time and consideration in this matter.

Respectfully,
Christina Slye

Reference letter for Mr. Mikhail Slye

Dear Mr. Honorable James E. Boasberg,

I hope this letter finds you well. My name is Jason Dawson Jordan, I am a technician for Evets Global CO. Mr. Mikhail Slye and I have not know each other for an extended amount of time but the past 10 month have been enjoyable with the time I have got to spend with Mikhail.

In July, I had the pleasure of going on a vacation with Mikhail, being the first time that I have truly sat down and got to talk with him about life and many other topics, Mikhail welcomed me with arms wide open. Getting to spend that time with him and his family demonstrated how great of a husband and even better of a father he is.

I recently visited him at his residence and learned the "farm life". While I was there, I saw the passion he had for the farm. Mikhail always displayed a high degree of integrity, responsibility, and ambition for any task at hand. Mikhail would go through thick and thin to provide the well-deserved life for his family.

With this said, I believe Mikhail has learned his lesson through all of this. His family as well as his kids would be devastated to see this come to an unfortunate outcome for Mikhail.

Feel free to contact me with any other questions or concerns.

Thank You,

Jason Dawson Jordan

1109 Snow Goose

Leander, TX 78641

Dawsonjordan27@gmail.com

512-987-9318

Craig W. Sanquist
259 S. Shasta St.
Orange, CA 92869
January 25, 2023

Honorable James E. Boasberg
District Judge
U.S. District Court
333 Constitution Ave.
N.W., Washington D.C. 20001

Dear Honorable James E. Boasberg:

My name is Craig Sanquist I am a 63-year-old male and have been a sales rep. in the packaging industry for most of my adult life. Mikhail Slye is my great nephew and I can confirm without doubt that he is a man of great integrity and a strong moral compass.

Additionally, while in my presence Mikhail has always been enthusiastic, humble, kind, and honest and possesses compassion for others.

I am completely confident without any reservations with Mikhail's ethics and standards in society. His actions on the day in question were not consistent of his values and morals. I believe, Mikhail was present at the time because he was curious and believing he was witnessing history and just got caught up in the action. I do not believe he went there with the intent to cause malice, or an unlawful act of any kind.

Sincerely,

Craig W. Sanquist

January 24, 2023

Patricia Fryer
704 Pecan Pass
Cedar Park, TX  78613

Honorable James E Boasberg,

My name is Patricia Fryer and I am writing on behalf of Mikhail Slye, who is my niece's husband.  I am retired and living in Cedar Park, TX, just outside of Austin.  I met Mikhail when he was around 23 while he was dating my niece, Christina.

Mikhail has always been kind and respectful to me in all the years I have known him.  He loves God, his country and his family with all his heart.  I have watched him mature and become more responsible through the years, working hard and providing for his family.  I know that he has been charged with some violations of the law in Washington, DC, but, I personally have never known him to be violent or have a provocative nature.  He has always been mild-mannered and soft spoken around me and our family.  I do not doubt that he has learned valuable life lessons from his unfortunate experience in Washington, DC, and that he will strive more than ever to be a responsible patriot, husband and father

Honorable Boasberg, I pray the courts will have mercy and extend grace to Mikhail.

Thank you,
Patricia Fryer