UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 22-cr-334 (JEB) |
| | : | |
| **MIKHAIL SLYE,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO DISMISS INDICTMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following motion to dismiss the indictment.

1. On September 29, 2022, the defendant, Mikhail Slye, was charged by criminal complaint with several offenses related to the January 6, 2021 riot at the U.S. Capitol. ECF 1.

2. A federal Grand Jury sitting in the U.S. District Court for the District of Columbia returned a seven-count Indictment against the defendant on October 7, 2022. ECF 6.

3. On October 9, 2022, a single-count Superseding Information was filed charging the defendant with a violation of 18 U.S.C. § 111(a)(1). ECF 22.

4. The defendant was convicted of the charge in the single-count Superseding Information when he plead guilty on January 3, 2023. ECF 26-30. This Court recently sentenced the defendant on June 15, 2023.

5. Since the original indictment is no longer operative, the government now moves to dismiss ECF No. 6.

For the reasons set forth herein, the United States respectfully requests that this Court grant this motion to dismiss the Indictment (ECF 6).

                                                      Respectfully submitted,

                                                      Matthew M. Graves
                                                    United States Attorney
                                                    D.C. Bar No. 481052

By:      /s/ Andrew J. Tesman
           Andrew J. Tessman
           Assistant United States Attorney
           WV Bar No. 13734
           District of Columbia - Detailee
           United States Attorney's Office
           601 D Street, NW
           Washington, DC 20530
           (304)-345-2200
           andrew.tessman@usdoj.gov