UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:22-CR-334-JEB |
| | : | |
| v. | : | |
| | : | |
| MIKHAIL SLYE, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S DATE TO REPORT**

COMES NOW the Defendant, Mikhail Slye, by and through counsel, Michael T. van der Veen, through counsel, respectfully moves this Court to extend Defendant's date to report to FCI Elkton currently scheduled for August 1, 2023 for approximately seven (7) days until on or about August 8, 2023. In support whereof, the defense states as follows:

1. On September 29, 2022, the defendant was charged by criminal complaint on charges of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1); Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4); Disorderly Conduct in a Capitol Building 40 U.S.C. § 5104(e)(2)(F); Acts of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F); and Parading, Demonstrating, or Picketing in a Capitol Building 40 U.S.C. § 5104(e)(2)(G).

2. On November 9, 2022, the Government filed a Superseding Information charging Defendant with Assaulting, Resisting, or Impeding Certain Officers, in violation of 18. U.S.C. § 111(a)(1).

3. On January 3, 2023, Defendant plead guilty to one (1) count of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18. U.S.C. § 111(a)(1) before the Honorable James E. Boasberg.

4. On June 15, 2023, the Honorable James E. Boasberg sentenced Defendant to thirty (30) months incarceration, followed by eighteen (18) months of Supervised Release. Defendant was also ordered to pay restitution totaling $2,000, and a $100 Special Assessment.

5. Defendant received notice from the District of Columbia Probation Office that he is to report to FCI Elkton on Tuesday, August 1, 2023, no later than 2:00 P.M. A copy of this notice is attached hereto as "Exhibit A."

6. Defendant's son's birthday is August 7th and Defendant would like the opportunity to enjoy his son's birthday prior to being held in federal custody.

7. Accordingly, Defense counsel respectfully requests this Honorable Court enter an Order extending Defendant's date to report to FCI Elkton for approximately seven (7) days until on or about August 8, 2023.

8. Defense counsel has conferred with the government regarding this motion. The government does not oppose the motion to extend Defendant's date to report.

WHEREFORE, Defendant respectfully moves this Court to extend Defendant's date to report to FCI Elkton currently scheduled for August 1, 2023 for approximately seven (7) days until on or about August 8, 2023

Respectfully Submitted,

Date: July 26, 2023

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, Hartshorn, and Levin
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
mtv@mtvlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2023 a copy of the foregoing *Unopposed Motion to Extend Defendant's Date To Report,* was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:

Andrew J. Tessman
300 Virginia Street East Suite 4000
Charleston, WV 25301
(304) 340-2234
andrew.tessman@usdoj.gov

/s/ Michael T. van der Veen
Michael T. van der Veen, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:22-CR-334-JEB |
| | : | |
| v. | : | |
| | : | |
| MIKHAIL SLYE, | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the Unopposed Motion to Extend Defendant's Date To Report, and upon consideration of the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled date to report of August 1, 2023 at 2:00 P.M., be extended for good cause to August 8, 2023 at 2:00 P.M.

_____

THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

# EXHIBIT A



# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA PROBATION OFFICE

BRIAN D. SHAFFER ● CHIEF UNITED STATES PROBATION OFFICER
E. BARRETT PRETTYMAN U.S. COURTHOUSE ● 333 CONSTITUTION AVENUE, N.W. ● SUITE 2214
WASHINGTON, D.C. 20001-2866 ● TELEPHONE (202)565-1300

July 21, 2023

Mikhail Slye

Email:

**Notice of Designation and Date to Report**

Dear Mr. Slye:

As ordered by the Court, you are hereby instructed to report to the FCI Elkton, located at 8730 Scroggs Road, Lisbon, OH 44432, (330) 420-6200, on Tuesday, 8/1/2023, no later than 2 p.m.

Please do not take personal items such as clothes, toothpaste, razor, soap, etc. because they will be provided by the institution. Additional personal items may be purchased through the institution's commissary. To obtain additional pertinent information about the institution, please go to www.bop.gov and search the above facility for the custody and care instructions.

Should you have any questions or concerns, please contact me or the institution.

Sincerely,

**UNITED STATES PROBATION OFFICE**

*Sondra' A. Rhodes*

Sondra' A. Rhodes, Supervising
United States Probation Officer
(202) 565-1349

Cc:  DC Pretrial Services Agency
     U. S. Marshal Service
     Defense Attorneys
     Assistant U. S. Attorneys